AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

**SOUTHERN** DISTRICT OF **CALIFORNIA**

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WAIVER OF INDICTMENT** |
| Winston Roberto Ali-Gutierrez | |
| | CASE NUMBER: 08CR0051-WQH / 07MJ2833 |

I, __Winston Roberto Ali-Gutierrez__, the above named defendant, who is accused of

Title 8, U.S.C., §1326(a)- Deported Alien Found In the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __January 8, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Winston R. Ali
*Defendant*

*Counsel for Defendant*

Before [signature]
*Judge*

FILED
JAN - 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY (MB) DEPUTY

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd